UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DENNIS BAILEY )<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MAINE COMMISSION )<br>ON GOVERNMENTAL ETHICS AND )<br>ELECTION PRACTICES )<br>Defendant, and )<br>)<br>ELIOT R. CUTLER )<br>Intervenor Defendant ) | Civil No. 1:11-cv-179-NT |

## JUDGMENT

In accordance with the Order on Motions for Summary Judgment issued on September 30, 2012 by U.S. District Judge Nancy Torresen; Judgment is hereby entered in favor of Defendant, State of Maine Commission on Governmental Ethics and Election Practices and Defendant-Intervenor, Eliot R. Cutler and against Plaintiff, Dennis Bailey.

CHRISTA K. BERRY
CLERK

By:   /s/Lindsey Caron
Deputy Clerk

Dated: October 1, 2012